UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIFT4 PAYMENTS, LLC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JAREDISAACMANCOURTCASE.COM, et al.,<br><br>        Defendants. | Case No. 25-cv-06724-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court having reviewed the parties' most recent case management statement, ECF No. 29, and it appearing that there currently are no matters requiring the Court's attention, the case management conference scheduled for March 17, 2026 is CONTINUED to June 16, 2026 at 2:00 p.m. An updated joint case management statement is due June 9, 2026. In that case management statement, Plaintiffs should address the question of service on all defendants who are parties to the then-operative complaint. *See* Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: March 16, 2026



JON S. TIGAR
United States District Judge