Robert E. Dunn (SBN 275600)
**EIMER STAHL LLP**
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
(408) 889-1690
rdunn@eimerstahl.com

Mauro G. Tucci Jr. (*pro hac vice*)
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 325-1500
mtucci@csglaw.com

*Attorneys for Plaintiffs Shift4 Payments, LLC
and Jared Isaacman*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SHIFT4 PAYMENTS, LLC and JARED ISAACMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> JAREDISAACMANCOURTCASE.COM; CLOUDFLARE, INC., a Delaware Corporation; JOHN DOES 1-10, fictitious individuals responsible for registering and creating JaredIsaacmanCourtCase.com, AIGeneratedBooks.org and TheLuckyTrigger.com; and ABC CORPORATIONS 1-10, fictitious entities responsible for registering and creating JaredIsaacmanCourtCase.com, AIGeneratedBooks.org and TheLuckyTrigger.com, <br><br> Defendants. | Civil Action No. 4:25-cv-06724-JST <br><br> Judge John S. Tigar, U.S.D.J. <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiffs Shift4 Payments, LLC and Jared Isaacman (collectively "Plaintiffs") and Defendant Cloudflare, Inc. ("Defendant") only, by and through their respective undersigned counsel, that the Complaint and all other claims, causes of action, and defenses asserted by, between and among Plaintiffs and Defendant in the above-captioned action, are hereby dismissed without prejudice and without costs to all parties; and

**IT IS FURTHER STIPULATED AND AGREED** that Plaintiffs shall be permitted to serve a subpoena for production of documents as against Cloudflare under FRCP 45 and that Cloudflare shall provide responsive documents, without waiving any other objections thereto, within twenty-one (21) days of service of the request.

**IT IS FURTHER STIPULATED AND AGREED** that the Court shall retain jurisdiction to enforce Plaintiffs' right to seek court intervention should those responses be deficient.

**IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL; CASE NO. 4:25-cv-06724-JST
4915-3185-4003.v1

**EIMER STAHL LLP**
*Attorneys for Plaintiffs*
*Shift4 Payments, LLC and Jared Isaacman*

By: /s/ Robert E. Dunn
        Robert E. Dunn, Esq.

Dated:  June 9, 2026


**CHIESA SHAHINIAN & GIANTOMASI PC**
*Attorneys for Plaintiffs*
*Shift4 Payments, LLC and Jared Isaacman*


By: *Mauro G. Tucci, Jr.*    *(with permission)*
        Mauro G. Tucci Jr., Esq. *(pro hac vice)*

Dated:  June 9, 2026


**CYPRESS LLC**
*Attorneys for Defendant Cloudflare, Inc.*

By: /s/ Stephen Kelly *(with permission)*
        Stephen Kelly, Esq.

Dated:  June 9, 2026


### ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

Dated:  June 9, 2026                                        /s/ Robert E. Dunn

4915-3185-4003.v1

# ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 15, 2026

The Hon. Jon. S. Tigar, U.S.D.J.

STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL; CASE NO. 4:25-cv-06724-JST

4915-3185-4003.v1